UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSANNE KAPLAN-DINOLA,

                Plaintiff,

                -against-

BOARD OF EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK, et al.

                Defendants.
------------------------------------------------------------X

**ORDER**
15 CV 8139 (NRB) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/19

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for December 11, 2019, shall be held on January 9, 2020, at 2:30 p.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York
         December 6, 2019

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE