```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ROSANNE KAPLAN-DINOLA,
                    Plaintiff,

    - against -                              O R D E R

BOARD OF EDUCATION OF THE CITY              15 Civ. 8139 (NRB)
SCHOOL DISTRICT OF THE CITY OF
NEW YORK, LINDA SPADARO, and
EILEEN DAVIES
                    Defendants.
----------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The trial in this case will commence on June 22, 2020. The Court will sit from 9 a.m. to 2:15 p.m. with the exception of days for jury selection, summations (if necessary) and deliberations when the Court will sit from 9 a.m. to 5 p.m. The following schedule will govern the filing of motions in limine and proposed requests to charge and voir dire:

- Motions in limine are to be filed no later than May 18, 2020, with oppositions due on May 22, 2020 and replies due on May 29, 2020.

- Requests to charge and voir dire are to be filed no later than June 8, 2020.

Dated:  New York, New York
        February 25, 2020

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE