```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ROSANNE KAPLAN-DINOLA,
                    PLAINTIFF,

- AGAINST -                                    ORDER

BOARD OF EDUCATION OF THE CITY                 15 Civ. 8139 (NRB)
SCHOOL DISTRICT OF THE CITY OF
NEW YORK, LINDA SPADARO, AND
EILEEN DAVIES
                    DEFENDANTS.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
          January 13, 2023

                                    NAOMI REICE BUCHWALD
                                 UNITED STATES DISTRICT JUDGE